### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 07-cv-00434-REB-CBS

GORDON HOBBS,

    Plaintiff,

v.

EL PASO COUNTY, and
EL PASO DEPUTY SHERIFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 16 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

    This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

    2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated April 13, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

Case 1:07-cv-00434-REB-CBS   Document 14   Filed 04/16/07   USDC Colorado   Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00434-REB-CBS

Gordon Hobbs
Prisoner No. 133919
DRDC
PO Box 392004
Denver, CO 80239

US Marshal Service
Service Clerk
Service forms for: El Paso County, and El Paso Deputy Sheriff

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on El Paso County, and El Paso Deputy Sheriff: AMENDED COMPLAINT FILED 4/06/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/16/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk