**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00434-REB-CBS

GORDON HOBBS,

     Plaintiff,

v.

EL PASO COUNTY, and
EL PASO DEPUTY SHERIFF,

     Defendants.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on the **County Defendants' Motion to Dismiss** [#21], filed May 16, 2007. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard II.E.1.

Dated:  May 16, 2007

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.