IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00434-REB-CBS

GORDON HOBBS,
    Plaintiff,
v.

EL PASO COUNTY, and
EL PASO DEPUTY SHERIFF,
    Defendants.
_____

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE
_____

Magistrate Judge Craig B. Shaffer

    By an Order entered March 15, 2007 (Doc. # 5) Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), Plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the Order granting Plaintiff leave to proceed *in forma pauperis*, Plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment.  In order to show cause, Plaintiff was directed to file a certified copy of his inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

    According to the trust fund account statement filed by Plaintiff on May 11, 2007 (Doc. # 19), the preceding month April's income credited to his account was $68.70. Likewise, the trust fund account statement filed by Plaintiff on August 16, 2007 (Doc. #

28) reflects the preceding month July's income credited to his account was $56.30. However, Plaintiff offers no payments towards his filing fee nor any explanation why he has not made any payments. "[W]hen a prisoner has sufficient income to pay a monthly partial filing fee . . . , he cannot be excused for failing to make the required partial payments". *Cosby v. Meadors,* 351 F.3d 1324, 1327 (10th Cir. 2003). Therefore, Plaintiff is ordered to pay into the court registry a filing fee of $13.72 for the month of April and $11.26 for the month of July by October 15, 2007.

Plaintiff has also failed to make the required monthly payment or show cause why he has no assets and no means by which to make the monthly payments for the months of June and September 2007. Therefore, Plaintiff will be ordered either to make the required monthly payments or to show cause why he cannot.

It is not acceptable for Plaintiff to meet his monthly obligations only when specifically called upon by the Court through an order to pay or show cause. Such a procedure unreasonably burdens the Court. Consequently, hereafter the Court will require Plaintiff, by the **15th day** of **each** month and without any further notice from or order of the Court, either to make the required monthly payment for each preceding month or to file a **current** certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. If Plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, the Court will recommend that the case be dismissed for failure to comply with this Order and with the Order allowing Plaintiff to proceed *in forma pauperis* entered March 15, 2007.

IT IS ORDERED that by the **15th day** of **each** month hereafter Plaintiff shall

either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, the Plaintiff must file a certified copy of his trust fund account statement for that month.  The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this order, the complaint and this civil action may be dismissed without further notice.

DATED at Denver, Colorado this 26th day of September, 2007.

BY THE COURT:

s/Craig B. Shaffer  
United States Magistrate Judge