**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  07-cv-00434-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  October 18, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

GORDON ANTHONY HOBBS,                                    Gordon A. Hobbs, pro se (ph)

    **Plaintiff,**

v.

EL PASO COUNTY SHERIFFS OFFICE, *et al.,*          Andrew C. Gorgery

    **Defendants.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      10:32 a.m.**

Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:**   Plaintiff's address shall be updated to reflect the following mailing address:

    **Gordon Anthony Hobbs**
    **4520 Beaumont Rd.**
    **Colorado Springs, CO 80916**
    **(719) 391-7707**

**ORDERED:**   Plaintiff shall file an amended complaint or a response to the Motion to Dismiss (doc. 24) on or before November 5, 2007.

**ORDERED:**   Plaintiff's Motion for Pretrial Discovery [filed September 5, 2007; doc. 33] is denied for the reasons stated on the record.

**ORDERED:**   Plaintiff's Motion for Entry of Default [filed September 12, 2007; doc. 36] is denied for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess**:       11:00 a.m.
Total In-Court Time:      00:28