IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00434-REB-CBS

GORDON HOBBS,
    Plaintiff,
v.

EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
EL PASO COUNTY DEPUTY SHERIFF,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the "County Defendants' Motion to Dismiss" (filed May 16, 2007) (doc. # 24).  Pursuant to the Order of Reference dated April 13, 2007 (doc. # 13) and the memorandum dated September 5, 2007 (doc. # 34), this matter was referred to the Magistrate Judge.  The court has reviewed the Motion, the entire case file and the applicable law and is sufficiently advised in the premises.

    On October 18, 2007, the court gave Mr. Hobbs permission to file either a response to the Motion to Dismiss or a Second Amended Complaint.  (*See* doc. # 47).  On November 6, 2007, Mr. Hobbs filed his Second Amended Complaint (doc. # 48).  In light of Mr. Hobbs' Second Amended Complaint, Defendants' Motion to Dismiss is moot.  Accordingly, IT IS ORDERED that:

    1.    Mr. Hobbs' Second Amended Complaint (doc. # 48) was accepted for filing on November 6, 2007.

    2.    The "County Defendants' Motion to Dismiss" (filed May 16, 2007) (doc. # 24) is DENIED without prejudice.

    3.    Defendants shall answer or otherwise respond to the Second Amended Complaint on or before November 27, 2007.

DATED at Denver, Colorado, this 9th day of November, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge