IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00434-REB-CBS

GORDON HOBBS,

    Plaintiff,

v.

EL PASO COUNTY, and
EL PASO DEPUTY SHERIFF WHO WAS ON DUTY THE NIGHT OF 14 NOV. 06,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the **Recommendation of United States Magistrate Judge** [#55], filed May 7, 2008. The recommendation addresses the **County Defendants' Motion To Dismiss Amended Complaint** [#51], filed November 27, 2007. No objections to the recommendation have been filed. Therefore, I review it only for plain error.[1] ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). I have considered carefully the recommendation and the applicable case law. The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the

---

[1] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate** Judge [#55], filed May 7, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **County Defendants' Motion To Dismiss Amended Complaint** [#51], filed November 27, 2007, is **GRANTED**;

3. That this case is **DISMISSED** with prejudice;

4. That **JUDGMENT SHALL ENTER** in favor of the defendants, El Paso County, and El Paso County Deputy Sheriff who was on duty the night of 14 Nov. 06, and against the plaintiff, Gordon Hobbs; and

5. That the defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to F%%ED%%. R. C%%IV%%. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated July 16, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**